**Eric PETERSEN, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 07–16218.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009 *.

Filed Jan. 22, 2009.

Eric Petersen, Bakersfield, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lynn Trinka Ernce, Assistant U.S., USSAC-Office of the U.S. Attorney, Sacramento, CA, for Defendant–Appellee.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Eric Petersen appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action challenging a final administrative judgment by the Department of Labor ("Department") concerning his worker's compensation claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Staacke v. U.S. Sec'y of Labor*, 841 F.2d 278, 280 n. 1 (9th Cir.1988), and we affirm.

The district court properly dismissed the action because the Federal Employees' Compensation Act ("FECA"), 5 U.S.C. § 8101 *et seq.*, provides an exclusive and comprehensive program of workers' compensation for government employees injured in work-related accidents, *see Lance v. United States*, 70 F.3d 1093, 1095 (9th Cir.1995) (per curiam), and district courts have no jurisdiction to review final judgments in FECA matters rendered by the Department, *see Staacke*, 841 F.2d at 281.

Petersen's remaining contentions are unavailing.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.